STATE OF NEW JERSEY v. ANTHONY GROSS.

June 9, 1987.

Petition for certification denied.  (See 216 *N.J.Super.* 92)

STATE OF NEW JERSEY v. ANTHONY GROSS.

June 9, 1987.

Petition for certification denied.  (See 216 *N.J.Super.* 98)

STATE OF NEW JERSEY v. LESTER PHILLIPS.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SULTAN M. SHABAZZ.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MAHER MAMKAGH.

June 9, 1987.

Petition for certification denied.